FILED

APR 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

INTERNATIONAL SOCIETY FOR
KRISHNA CONSCIOUSNESS OF
CALIFORNIA, INC., a California
nonprofit religious corporation; EMIL
BECA, one of its individual members,

Plaintiffs - Appellants,

v.

CITY OF LOS ANGELES, a California
municipal corporation; STEPHEN YEE,

Defendants - Appellees.

No. 06-56660

D.C. No. CV-03-00293-CBM
Central District of California,
Los Angeles

ORDER

Before: PREGERSON, TROTT, and PAEZ, Circuit Judges.

The April 7, 2014 Order & Memorandum is WITHDRAWN. Thus, the

April 7, 2014 Mandate is RECALLED. We will continue to withhold submission

of this case pending final resolution of proceedings in *International Society for

Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 12-56621.